Gerald Lee Miller #C-92075
C.S.P.Corcoran
P.O.Box 3461-3A05-128
Corcoran, Ca 93212

OR

FILED
MAR 20 2014
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

NUNC PRO TUNC
MAR 17 2014

| | |
|---|---|
| GERALD LEE MILLER, JR<br>    plaintiff,<br>VS,<br>L.S.McEWEN, et al....<br>    Defendants. / | CASE NO. 11-cv-2333-JLS-WVG<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISQUALIFY JUDGE JANIS L. SAMMARTINO PURSUANT TO [CCP§170.6.] |

Date:         April 28.2014
Time:         8:00 a.m.
Courtrooom:
Judge         Janis Sammartino
Trial Date:   None Set
Action Filed: June 27.2012

1.

1  TO: Judge Janis Sammartino

2      Please Take Notice that on April 28,2014 at 8:00 a.m or as
3  soon there after as it may be heard by the court in room___of
4  the Edward J.Schwartz Courthouse,located at 221 Broadway,San Digo
5  Diego,Ca 92101.Plaintiff Gerald Lee Miller will move the court
   for an order of disqulification of judge Janis L.Sammartino.
6      The Notice and Motion is made on the grounds that the plaint-
7  iff believe that he has been prejudiced by judge Janis L.Sammart-
8  ino when she made contact with all of the above defendants and
   made promise that she would not prosecute them in this above
9  entitled matter.
10     The disqualification is also made pursuant to 28 U.S.C§332(d)
11 (1)and 372(c)where the honorable judge Janis L.Sammartino refused
   to hear motion before her court filed by the pro-se plaintiff's.
12     This motion is made pursuant to[CCP§170.6]and is based on the
13 accompanying memorandum of points and authorities on all pleading
14 -s papers and records filed in this case.

22 date 3-13-14

24                         Gerald Lee Miler
       *(signature)*

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Gerald Lee Miller, declare:

I am over 18 years of age and a party to this action. I am a resident of Corcoran state Prison _____ Prison,

in the county of kings,

State of California. My prison address is: Gerald Lee Miler #c-92075 P.O.Box 3461 3A05-128 Corcoran Ca 93212

On March 20, 2014
   (DATE)

I served the attached: Plaintiff's notice and Motion and Motion to disqulify judge Janis L. Sammartino pursuant to [CCP§170.6.]

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

United States District Court         Christopher H. Findley
Southern District of california      Deputy Attorney General
221 Broadway                         110 West A Street, Suite 1100
San Diego, Ca 92101                  San Diego, Ca 92101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3-13-14
            (DATE)                   (DECLARANT'S SIGNATURE)

```
Gerald Lee Miller #C-92075
C.S.P. Corcoran
P.O. Box 3461-3A05-128            oR
Corcoran, Ca 93212
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE MILLER, JR<br>　　　　Plaintiff,<br>VS.<br><br>L.S. McEWEN, et al...<br>　　　　Defendants. | CASE NO. 11-cv-2333-JLS-WVG<br><br>PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION TO DISQUALIFY JUDGE JANIS L. SAMMARTINO PURSUANT TO [CCP§170.6.] |

Gerald Lee Miller JR. being duly sworn, deposes and says:

That he is a party to the within action. That janis L. Sammartino the before whom is prejudiced against the plaintiff and have made promises to the defendants in the above entitled matter that she would not prosecute them in this matter and has failed to rule on key motion in this case. So that affiant cannot and/or believes that he cannot have a fair and impartial trial and/or hearing before the judge [CCP§170.6(a)(6)]

Date 3-12-14

　　　　　　　　　　　　　　　　　Gerald Lee MIller
　　　　　　　　　　　　　　　　　/s/ Gerald L Miller

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Gerald L. Miller__, declare:

I am over 18 years of age and a party to this action. I am a resident of __Corcoran State Prison__ Prison,

in the county of __Kings__,

State of California. My prison address is: __Gerald L. Miller #C-92075 P.O. Box 3461__,

On __March 13, 2014__,
(DATE)

I served the attached: __Plaintiff's Affidavit in support of Motion to Disqualify Judge Janis L. Sammartino, pursuant to [CCP § 170.6]__
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

United States District Court
Southern District of California
221 Broadway
San Diego, CA 92101

Christopher H. Findley
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __3-13-14__    __/s/ Gerald L. Miller__
(DATE)                       (DECLARANT'S SIGNATURE)

Gerald Lee MIller#C-92075
C.S.P.Corcoran
P.O.Box3461-3A06-128
Corcoran,ca 93212

ol

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

GERALD LEE MILLER,JR
plaintiff,
Vs.
L.S.McEWEN,et al...
Defendants.

CASE NO.11-cv-2333-JLS-WVG

PLAINTIFF'S MEMORANDUM OF POINTS AUTHORITIES IN SUPPORT OF MOTION TO DISQUALIFY JUDGE JANIS L. SAMMARTINO PURSUANT TO[CCP§170.6]

Date: April 28.2014
Time: 8:00 a.m.
Courtroom:
Judge Janis Sammartino
Trial Date: None Set
Action Filed: june 27.2012

MEMORANDUM OF POINTS AND AUTHORITIES

The plaintiff motion to disqualify judge Janis L.Sammartino is timely.This challenge is timely because there is not a motion before the court at this time which should be decided by this court.The"gemeral rule"is that a challenge is permitted any time before commencement of a trial or hearing[People v.SUP.Ct(LAW) Lavi)(1993)4C4th 1164,1171.17CR2d815,817.

If the§170.6 challenge is timely.the fact the judge presided at an earlier hearing in the case does not prevent disqualification[CCP§170.6(a)(2)see Depper V.SUP.Ct.People(1999)74 CA 4th 15, 21-22,87CR2d 563-569.

Date 3-13-2014

Gerald Lee Miller
*/s/ Gerald L. Miller*

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Gerald L. Miller, declare:

I am over 18 years of age and a party to this action. I am a resident of Corcoran State Prison Prison,

in the county of Kings,

State of California. My prison address is: Gerald L. Miller #C-92075 P.O. Box 3461 3A05-124, Corcoran CA 93212.

On March 13, 2014,
(DATE)

I served the attached: Plaintiff's Memorandum of Points and Authorities In Support of motion to disqualify Judge Sammartino [CCP§ 170.6]
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

United States District Court          Christopher H. Findley
Southern District of California       Deputy Attorney General
221 Broadway                          110 West A Street, Suite 1100
San Diego, CA 92101                   San Diego, CA 92101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3-13-14        /s/ Gerald Z Miller
             (DATE)            (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                    ::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-

Gerald L. Miller #C-92095
C.S.P. Corcoran
P.O. Box 3461-3A05-129
Corcoran CA 93212

CORCORAN
STATE PRISON

United States District Court
Southern District of California
Office of the Clerk
221 West Broadway
San Diego, CA 92101

Legal Mail

GAL MAIL



RECEIVED
MAR 17 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

3/13/14

